IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 00-20167-05-KHV |
| | ) |
| RAYMOND NEWTON, SR. | ) |
| Defendant. | ) |

ORDER FOR CONSOLIDATION OF HEARING ON REVOCATION

NOW on this 1st day of June, 2005, comes on for hearing the Defendant, Raymond Newton, Sr.'s, Motion to Consolidation Cases (Doc. #124). The Defendant is represented by counsel, Joseph D. Johnson, of the Law Office of Joseph D. Johnson, Chtd. Assistant United States Attorney is Gregory G. Hough.

After review of the file, acknowledging there is no objection, the Court finds the Motion should be granted as to the hearing of final revocation only on Raymond Newton, Sr.

The defendant Raymond Newton, Sr. in case 00-cr-20167-05-KHV is consolidated for a final revocation hearing with case *United States of America vs. Raymond Newton, Sr.* Case no. 99-cr-40026-01-SAC. The final revocation hearing is set before The Honorable Sam A. Crow on June 22, 2005 at 9:30 a.m., in Courtroom 404, 444 Southeast Quincy, Topeka, Kansas.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
Kathryn H. Vratil
JUDGE OF THE U.S. DISTRICT COURT